Laurent R.G. Badoux, Esq.
Nevada Bar No. 01972
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona  85016
Telephone:    602.474.3600
Fax No.:        602.957.1801
lbadoux@littler.com

Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
kstegall@littler.com
ekim@littler.com

Attorneys for Defendants
MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WHEELER and KARISSA ANN HUGH, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARLOU CORPORATION d/b/a CLUB PLATINUM, a Nevada corporation, and RITA CAPOVILLA,<br><br>Defendants. | Case No. 2:23-cv-01556-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs, LINDA WHEELER and KARISSA ANN HUGH, ("Plaintiffs"), and Defendants, MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA ("Defendants"), by and through their undersigned counsel, and pursuant to LR IA 6-1, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of October 27,

4853-6753-8570.1 / 122709-1001

2023, up to and including **November 16, 2023**. This is the first request for an extension of time to respond to the Complaint. The instant request for an extension is necessary because defense counsel was recently retained and needs additional time to investigate the allegations and prepare a sufficient responsive pleading to the Complaint.

This request is made in good faith and not for the purpose of delay.

Dated: October 27, 2023                                    Dated: October 27, 2023

Respectfully submitted,                                    Respectfully submitted,

/s/ Sean W. McDonald
KRISTINA L. HILLMAN, ESQ.                                  LAURENT R.G. BADOUX, ESQ.
SEAN W. MCDONALD, ESQ.                                     KELSEY E. STEGALL, ESQ.
WEINBERG, ROGER, ROSENFIELD, P.C.                          EMIL S. KIM, ESQ.
                                                           LITTLER MENDELSON, P.C.

Attorneys for Plaintiffs                                   Attorneys for Defendants
LINDA WHEELER and KARISSA ANN                              MARLOU CORP D/B/A CLUB
HUGH                                                       PLATINUM AND RITA CAPOVILLA


**IT IS SO ORDERED.**

Dated:  _10/31/2023_____


_____
_ UNITED STATES MAGISTRATE JUDGE

4853-6753-8570.1 / 122709-1001

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2