
| | |
|---|---|
| 1 | Laurent R.G. Badoux, Esq. |
| | Nevada Bar No. 01972 |
| 2 | LITTLER MENDELSON, P.C. |
| | Camelback Esplanade |
| 3 | 2425 East Camelback Road |
| | Suite 900 |
| 4 | Phoenix, Arizona  85016 |
| | Telephone:    602.474.3600 |
| 5 | Fax No.:         602.957.1801 |
| | lbadoux@littler.com |
| 6 | |
| | Kelsey E. Stegall, Esq. |
| 7 | Nevada Bar No. 14279 |
| | Emil S. Kim, Esq. |
| 8 | Nevada Bar No. 14894 |
| | LITTLER MENDELSON, P.C. |
| 9 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 10 | Las Vegas, Nevada  89169.5937 |
| | Telephone:    702.862.8800 |
| 11 | Fax No.:         702.862.8811 |
| | kstegall@littler.com |
| 12 | ekim@littler.com |
| 13 | Attorneys for Defendants |
| | MARLOU CORP D/B/A CLUB PLATINUM AND |
| 14 | RITA CAPOVILLA |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | LINDA WHEELER and KARISSA ANN HUGH, individually, and on behalf of similarly situated individuals, | Case No. 2:23-cv-01556-APG-BNW |
| 19 | Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION** |
| 20 | v. | |
| 21 | MARLOU CORPORATION d/b/a CLUB PLATINUM, a Nevada corporation, and RITA CAPOVILLA, | **[FIRST REQUEST]** |
| 23 | Defendants. | |

Plaintiffs, LINDA WHEELER and KARISSA ANN HUGH, ("Plaintiffs"), and Defendants, MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA ("Defendants"), by and through their undersigned counsel, and pursuant to LR IA 6-1, hereby agree and stipulate to extend the time for Defendants to file a response to the Motion for Conditional Certification from the current

4861-9197-9704.1 / 122709-1001

deadline of April 24, 2024, up to and including **May 8, 2024.** This is the first request for an extension of time to respond to the Motion. The instant request for an extension is necessary due to Defendants' counsel's heavy workload, and also based on the parties' recent discussions regarding potential resolution.

    This request is made in good faith and not for the purpose of delay.

Dated: April 24, 2024

Dated: April 24, 2024

Respectfully submitted,

Respectfully submitted,

*/s/ Matthew Thomson*

MATTHEW THOMSON, ESQ.
ADELAIDE PAGANO, ESQ.
LITCHTEN & LISS-RIORDAN, PC

Kristina L. Hillman, Esq.
Sean W. McDonald, Esq.
WEINBERG, ROGER, ROSENFELD, P.C.

Attorneys for Plaintiffs
LINDA WHEELER and KARISSA ANN HUGH

*/s/ Emil S. Kim*

LAURENT R.G. BADOUX, ESQ.
KELSEY E. STEGALL, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA

**IT IS SO ORDERED.**

Dated: April 26, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4861-9197-9704.1 / 122709-1001