Laurent R.G. Badoux, Esq.
Nevada Bar No. 01972
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona  85016
Telephone:     602.474.3600
Fax No.:        602.957.1801
lbadoux@littler.com

Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
kstegall@littler.com
ekim@littler.com

Attorneys for Defendants
MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WHEELER and KARISSA ANN HUGH, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARLOU CORPORATION d/b/a CLUB PLATINUM, a Nevada corporation, and RITA CAPOVILLA,<br><br>Defendants. | Case No. 2:23-cv-01556-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO PROVIDE PLAINTIFFS WITH PUTATIVE COLLECTIVE ACTION MEMBERS' INFORMATION**<br><br>**[FIRST REQUEST]** |

Plaintiffs, LINDA WHEELER and KARISSA ANN HUGH, ("Plaintiffs"), and Defendants, MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA ("Defendants"), by and through their undersigned counsel, and pursuant to LR IA 6-1, hereby agree and stipulate to extend the time for Defendants to provide Plaintiffs' counsel with "the names and last known mailing and

email addresses of all collective action members" pursuant to the Court's Order Granting Motion for Conditional Certification, which is currently due on July 16, 2024. *See* [ECF No. 25]. The Parties specifically agree that Defendants will have until **July 26, 2024** to provide this information to Plaintiffs' counsel.

This is the first request for an extension of time regarding Defendants' obligation to provide putative collective action members' information as required by the Court. The instant request for an extension is necessary due to Defendants' counsel's heavy workloads, which includes lead counsel for Defendants' (Laurent Badoux) current participation in a trial.

This request is made in good faith and not for the purpose of delay.

Dated: July 16, 2024

Dated: July16, 2024

Respectfully submitted,

Respectfully submitted,

*/s/ Matthew Thomson*
MATTHEW THOMSON, ESQ.
LITCHTEN & LISS-RIORDAN, PC

Kristina L. Hillman, Esq.
Sean W. McDonald, Esq.
WEINBERG, ROGER, ROSENFELD, P.C.

Attorneys for Plaintiffs
LINDA WHEELER and KARISSA ANN HUGH

*/s/ Emil S. Kim*
LAURENT R.G. BADOUX, ESQ.
KELSEY E. STEGALL, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
MARLOU CORP D/B/A CLUB PLATINUM AND RITA CAPOVILLA

**IT IS SO ORDERED.**

Dated: July 18, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4860-5964-2577.1 / 122709-1001

2