Laurent R.G. Badoux, Esq.
Nevada Bar No. 07265
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona  85016
Telephone:	602.474.3600
Fax No.:	602.957.1801
lbadoux@littler.com

Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
kstegall@littler.com

Attorneys for Defendants
MARLOU CORP D/B/A CLUB PLATINUM AND
RITA CAPOVILLA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WHEELER and KARISSA ANN HUGH, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARLOU CORPORATION d/b/a CLUB PLATINUM, a Nevada corporation, and RITA CAPOVILLA,<br><br>Defendants. | Case No. 2:23-cv-01556-APG-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO STAY DISCOVERY PENDING MEDIATION**<br><br>**[FIRST REQUEST]** |

Plaintiffs LINDA WHEELER and KARISSA ANN HUGH, and Defendant MARLOU CORPORATION d/b/a CLUB PLATINUM and RITA CAPOVILLA, through their respective counsel, hereby stipulate and agree to stay discovery pending mediation.

Courts have "broad discretion in managing their dockets." *Byars v. Western Best, LLC*, No. 2:19-cv-1690-JCM-DJA, 2020 WL 8674195, at *1 (D. Nev. Jul. 6, 2020) (citing *Clinton v. Jones*, 520

U.S. 681, 706–07 (1997)).  In exercising this discretion, "court are guided by the goals of securing the just, speedy, and inexpensive resolution of actions." *Id.*; *see also* Fed. R. Civ. P. 1.  This broad discretion applies to discovery, including whether to allow or deny discovery.  *See e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).  The parties agree that good cause exists to stay discovery given that the parties are in active settlement discussions and are in the process of scheduling formal mediation in an attempt to pursue a full resolution of this matter.  *See Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021); *Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-cv-00382-GMN-MDC, 2024 WL 2302151, at *1 (D. Nev. May 21, 2024).  Staying discovery here will also avoid duplicating discovery efforts and help avoid unnecessary fees associated with pursuing discovery before the mediation.  Consistent with the foregoing, the parties agree that they will be in a better position to discuss the necessary scope of discovery that will be needed, if any, and the amount of time necessary for both sides to gather evidence if mediation proves to be unsuccessful.

Therefore, the Parties hereby agree and stipulate that:

1. All discovery deadlines in this action shall be stayed for a period of sixty (60) days in order for the parties to engage in mediation.  The parties thus request discovery be stayed until May 19, 2025, in order to facilitate mediation efforts and to divert time and resources to same.

2. Should mediation result in resolution, the parties will notify the Court accordingly. Should mediation not result in resolution, no later than May 19, 2025, the parties agree to submit a stipulation setting forth new proposed deadlines for the close of discovery, dispositive motions, the pretrial conference, and trial.

3. The parties represent that they would expect to request an additional sixty (60) days to complete discovery if mediation is not successful.

4. This is this first request for a limited stay of discovery and a first request related to scheduling order.

5. The Parties agreed that pursuant to Local Rule 26-3, a motion or stipulation to extend a deadline set forth above must be received by the Court no later than 21 days before the expiration of

the subject deadline, and a request made within 21 days of the deadline must be supported by a showing of good cause.

6. The Parties aver that good cause exists here because the parties are actively seeking to resolve the case and are attempting to do so by pursuing formal mediation.

7. The Parties make this stipulation in good faith and not for the purpose of delay.

Dated: March 21, 2025

Respectfully submitted,

*/s/ Matthew Thomson*
Matthew Thomson
Lichten & Liss-Riordan, PC

Kristina L. Hillman
Sean W. McDonald
Weinberg, Roger & Rosenfeld

Attorneys for Plaintiffs
LINDA WHEELER and
KARISSA ANN HUGH

Dated: March 21, 2025

Respectfully submitted,

Laurent R.G. Badoux
Kelsey E. Stegall
Littler Mendelson

Attorneys for Defendants
MARLOU CORP d/b/a CLUB PLATINUM
and RITA CAPOVILLA

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

3