MATTHEW THOMSON, ESQ., *admitted pro hac vice*
LICHTEN & LISS-RIORDAN, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
mthomson@llrlaw.com

KRISTINA L. HILLMAN, ESQ., Nevada Bar No. 7752
SEAN W. McDONALD, ESQ., Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA WHEELER and KARISSA ANN HUGH, and on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARLOU CORP. d/b/a CLUB PLATINUM and RITA CAPOVILLA,<br><br>Defendants. | CASE NO.:   2:23-cv-01556-APG-BNW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs and Opt-in Plaintiffs, LINDA WHEELER and KARISSA ANN HUGH, DEANNA JAQUEZ and JENESSA CONNOR ("Plaintiffs") and Defendants, MARLOU CORP D/B/A CLUB PLATINUM and RITA CAPOVILLA ("Defendants"), by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: October 10, 2025                             Dated: October 10, 2025

Respectfully submitted,                             Respectfully submitted,

/s/ Matthew Thomson                                 /s/ Laurent R.G. Badoux
MATTHEW THOMSON, ESQ.                               LAURENT R.G. BADOUX, ESQ.
LITCHTEN & LISS-RIORDAN, PC                         KELSEY E. STEGALL, ESQ.
                                                    LITTLER MENDELSON, P.C.
KRISTINA L. HILLMAN, ESQ.
SEAN W. MCDONALD, ESQ.                              Attorneys for Defendants
WEINBERG, ROGER, ROSENFELD, P.C.                    MARLOU CORP D/B/A CLUB
                                                    PLATINUM AND RITA CAPOVILLA
Attorneys for Plaintiffs
LINDA WHEELER and KARISSA ANN
HUGH


IT IS SO ORDERED:

Dated: October 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE